# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :  No. 28 WAL 2017

            Respondent          :

                             :  Petition for Allowance of Appeal from
                             :  the Order of the Superior Court
            v.                :

EUGENE M. PRATT,             :

            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.